Ward L. Candor et al., appellants, v. Community Consolidated School District No. 115, Mercer County, Illinois, et al., appellees. Gen. No. 6,912.

Suit to enjoin a school district and others from assessing and making a tax levy upon complainants' lands and from issuing or

selling bonds which would be a lien upon their property and from extending any tax against their property. Temporary injunction granted and later dissolved and a decree for damages entered against complainants. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922.

Watson & Duvall, for appellants. Walter L. Mannon, for appellees.

Mr. Justice Jones delivered the opinion of the court.